FILED' 11 JUN 13 12:10 USDC-ORM

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESSICA A. PHILLIPS                    CIVIL NO.: 09-3101-CL

    Plaintiff

    v.

COMMISSIONER of                        ORDER
Social Security Administration

    Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $5546.14 and expenses in the amount of $18.96 for certified mailings be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. §1920.

IT IS SO ORDERED this 13 day of June, 2011.

_____
MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

s/ Arthur W. Stevens III
_____
ARTHUR W. STEVENS III     OSB#850857
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR  97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com